IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERIC M. ROBINSON, Petitioner, vs. BRAD JOHNSON, Respondent. | 8:19CV42 MEMORANDUM AND ORDER |

This matter is before the court on Petitioner Eric M. Robinson's ("Robinson") Motions to Amend Exhibits 2-6, 7, and 8 to his Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241. (Filing No. 9; Filing No. 10; Filing No. 11.) Upon consideration,

IT IS ORDERED that:

1. Robinson's Motions to Amend Exhibits 2-6, 7, and 8 to his habeas petition (filing no. 9; filing no. 10; filing no. 11) are granted, and the court will consider the exhibits in reviewing Robinson's habeas petition.

2. Robinson is advised that the court is in the process of conducting a preliminary review of his Petition for Writ of Habeas Corpus (filing no. 1) pursuant to 28 U.S.C. § 2243 and Rule 1(b) of the *Rules Governing Section 2254 Cases in the United States District Courts* which allows the court to apply Rule 4 of those rules to a section 2241 action. The court is also reviewing Robinson's other pending habeas petitions in Case Nos. 4:18CV3154 and 8:19CV43 as Robinson refers to both cases within his present petition. The court will reserve ruling on Robinson's other pending motion (filing no. 14) until this preliminary review is complete.

Dated this 27th day of September, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge